UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 08-344

In Regard to the Matter of:

Bayside State Prison              OPINION/REPORT
Litigation                            OF THE
                                  SPECIAL MASTER

JOSE ROMERO
           -vs-

WILLIAM H. FAUVER, et al,

         Defendants.

\*     \*     \*     \*

FRIDAY, JANUARY 9, 2009

\*     \*     \*     \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

1
2
3
4       Transcript of proceedings in the above
5  matter taken by Theresa O. Mastroianni, Certified
6  Court Reporter, license number 30X100085700, and
7  Notary Public of the State of New Jersey at the
8  United States District Court House, One Gerry Plaza,
9  Camden, New Jersey, 08102, commencing at 10:36 AM.
10
11
12
13
14
15
16
17
18           MASTROIANNI & FORMAROLI, INC.
19        Certified Court Reporting & Videoconferencing
20              251 South White Horse Pike
21              Audubon, New Jersey 08106
22                    856-546-1100
23
24
25

```
1

2    A P P E A R A N C E S:

3

4         ROSELLI & GRIEGEL, PC
          BY:  JAMES LAZZARO ESQUIRE
5         1337 STATE HIGHWAY 33
          HAMILTON SQUARE, NEW JERSEY  08690
6         609-586-2257
          ATTORNEYS FOR THE DEFENDANTS
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          JUDGE BISSELL:  Now reopening the
2    proceedings in the case of Jose Romero, docket number
3    08-344.
4               Mr. Romero was housed in Trailer Four
5    in the course of this lockdown.
6               This opinion/report is being issued
7    pursuant to the directives of the Order of Reference
8    to a Special Master and the Special Master's
9    Agreement and the guiding principles of law which
10   underlie this decision to be applied to the facts
11   upon which it is based as set forth in the jury
12   instructions in the Walker and Mejias jury charges to
13   the extent applicable to the allegations of Mr.
14   Romero.
15              As finalized after review under Local
16   Civil Rule 52.1, this transcript will constitute the
17   written report required under paragraph seven of the
18   Order of Reference to a Special Master.
19              Mr. Romero's allegations also relate to
20   events allegedly perpetrated upon him by SOG officers
21   when they were employed to extract inmates from
22   Trailer Number Four for purposes of the search during
23   the lockdown.
24              He describes the events as follows at
25   various locations in the transcript from pages 23

1   through 32.  And I will use some of those segments
2   here to describe the events in his own words.
3               "Question:  Did someone tell you to lie
4   face down prior to the arrival of SOG?
5               "Answer:  Yes, the officers did.  They
6   said get on your bunk face down, hands behind your
7   head, ankles crossed, feet crossed at the ankles.
8               "Question:  Which officers told you
9   that?
10              "Answer:  Buganski and DuBois.
11              "Question:  Okay.  And did you obey
12  these orders?
13              "Answer:  Yes."
14              He then talks about the arrival of SOG
15  officers in this cubicle, although he's not certain
16  of exactly how many, and the testimony picks up as
17  follows:
18              "Question:  Tell us what happened.
19              "Answer:  When they got to my cubicle?
20              "Question:  Yes.
21              "Answer:  When they got to my cubicle,
22  they searched the guy on the top bunk first and sent
23  them out, and then they told me to get up, keep my
24  head down, and put my hands up against the locker.
25              "Question:  Did you obey that order?

1            "Answer:  Yes.
2            "Question:  What happened next?
3            "Answer:  After that, he searched me.
4    Then he said when I tell you to turn around, you turn
5    around, and you take your shirt off and you start
6    stripping.  He said but at no moment will you raise
7    your head to look up.  So when I turned around, I was
8    about to take my shirt off, you know, I had to lift
9    my head up because I had to take my T-shirt off, you
10   know, and at that point, that's when he was like
11   didn't we tell you not to raise your head up?  You
12   can't follow orders or whatever.  And then he pushed
13   me against the locker and he noticed that I had a
14   crown on my chest.  And he said you're a Latin King
15   member, so you're hard-headed anyway.
16           "So he forearmed me in my chest against
17   the locker and then he was, like, turn back around
18   and face the locker.  And that's when he shoved me
19   against the locker and my face and part of my chest
20   hit the locker.  And he's telling me, you know,
21   you're a Latin King member and I said no.  And he
22   started elbowing me in my lower back.  And then the
23   other cop that's behind him, he's trying to say,
24   like, stop fighting.  How can I fight him?  This guy
25   is big, I'm so small.

1               "Question:  When was it that he
2      identified this crown?
3               "Answer:  When I took my T-shirt off
4      and he started confronting me about me raising my
5      head.
6               "Question:  Mr. Romero, do you, in
7      fact, have a tattoo on your chest?
8               "Answer:  Yes.
9               "Question:  And what is that crown?
10              "Answer:  It's a crown, royal crown.
11     That's what my wife and son's name mean in Italian.
12              "Question:  Does that crown have
13     anything to do with membership in a gang?
14              "Answer:  Not as far as I know, no.
15              "Question:  Have you ever been a member
16     of any gang?
17              "Answer:  No.
18              "Question:  So then I want to go back
19     to after he saw the crown and accused you of being a
20     gang member and identified you as being tough anyway.
21     He then pushed you against the locker; is that
22     correct?
23              "Answer:  Um-hum.
24              "Question:  Okay.  Let's take it right
25     from there.  Pushed you up against the locker and

1    started to assault you?
2              "Answer:  Yes, he put his forearm on my
3    chest and was accusing me of being a liar, that I was
4    a gang member, and I thought I was tough anyway
5    because I raised my head.
6              "Question:  And how many times -- you
7    said he put his elbow against your chest?
8              Answer:  Um-hum.
9              Question:  Did he -- his forearm
10   against your chest.  How many times -- did he strike
11   you, did he hit you?
12             "Answer:  No, he put his forearm, like,
13   on my chest and as he's talking, he's pushing, like
14   letting me know, you know, intimidating.
15             "Question:  Okay.  And then what
16   happened?
17             "Answer:  Then after that he was like
18   turn around, put your hands up against the locker.
19             "Question:  And did you obey that
20   order?
21             "Answer:  Yes, I did.
22             "Question:  Did you say anything to
23   him?
24             "Answer:  No, I didn't.
25             "Question:  And what happened after you

1    turned around --
2              "Answer:  I turned around and put my
3    hands on the locker.  He was telling me I know you're
4    lying to me, that you are a member, you know, you're
5    tough.  So that's when he put his forearm against my
6    back again and pushed me against the locker.  And
7    he's like saying I know you are, I know you are.  And
8    that's when he started hitting me in my lower back.
9              "Question:  How many times were you hit
10   in your lower back?
11             "Answer:  Like three, four times.
12             "Question:  With what were you hit, if
13   anything?
14             "Answer:  With his elbow and like
15   forearm.
16             "Question:  At any time did the officer
17   use any baton or stick or night stick?
18             "Answer:  No.
19             "Question:  Was this the only officer
20   that struck you?
21             "Answer:  Yes.
22             "Question:  Now, can you tell me, did
23   you -- can you describe the pain, if anything, that
24   you felt when he was striking you in the back?
25             "Answer:  Well, it was a striking pain.

1           "Question: And did you -- were you cut
2    in any way as a result of this assault?
3           "Answer: No, just bruised.
4           "Question: Were you hit in any other
5    parts of your body other than your lower back?
6           "Answer: No, just like hurting the
7    shoulder when he pushed me up against the locker.
8    That's about it.
9           "Question: Was there any blood
10   involved?
11          "Answer: Not that I can -- because
12   there was no cuts.
13          "Question: How long did this -- how
14   long did these four or five hits take?
15          "Answer: Probably -- I can't really
16   say, probably within a minute span or two minute,
17   because he was talking to me at the time he was doing
18   it, so...
19          "Question: What was he saying to you?
20          "Answer: He was accusing me of being a
21   gang member.
22          "Question: And after the assault
23   stopped, what happened?
24          "Answer: Well, after that he -- they
25   strip searched me and then he passed me on to the

1    dude that was standing behind him to take me outside.
2              "Question:  What did that person --
3    what, if anything, did that person do?
4              "Answer:  Well, he turned me around
5    because he said put your hands behind your back, and
6    held me like from the neck bent over, and he passed
7    me over to the other guy, and the other guy grabbed
8    me in head lock, and he's dragging me out of the
9    wing.  As we coming out of the wing it's like a pole,
10   and he tries to run my head against the pole.
11             "Question:  And did he succeed?
12             "Answer:  No, he didn't.
13             "Question:  Why not?
14             "Answer:  Because I put my hand up so
15   he wouldn't ram my head against the pole.
16             "Question:  Were you injured in any way
17   by this officer?
18             "Answer:  That grabbed me by the neck?
19             "Question:  Yes.
20             "Answer:  No.
21             The problem of gangs in a prison, of
22   course, is well-known and was at the time.  I do not
23   find it unreasonable under all of the circumstances
24   that the SOG officer extracting Mr. Romero from the
25   cell would have undertaken to interrogate him as to

1   whether he was, in fact, a Latin King or other gang
2   member.  The tattoo might well have been an
3   indication of that, although we don't know the extent
4   of this officer's experience in this regard.
5   However, I do determine here that a certain level of
6   force and effort by a prison guard, either to
7   determine whether a person is a gang member or to
8   impress upon that person that this is something to be
9   taken very seriously, would well be appropriate in a
10  circumstance such as this, other than it might be
11  with a different sort of prisoner who exhibited no
12  indicia of potential gang affiliation at all.
13              I also find that under the
14  circumstances the striking of Mr. Romero in the back
15  was not excessive, nor did it inflict any significant
16  pain of any sort.  Indeed on cross-examination these
17  actions by the officer were sometimes described as
18  pushing or pinning as opposed to actual striking with
19  the arm or elbow.  I find that those strikes were not
20  particularly severe, that they were appropriate under
21  those circumstances either for interrogation as to
22  whether this person was, indeed, a Latin King member
23  or to enforce and impress upon Mr. Romero that the
24  officers would be vigilant regarding gang membership
25  or activity here.

1    This is a fairly close case, but in
2    light of the considerations that I've mentioned above
3    concerning what was at least a legitimate concern by
4    the SOG officer that Mr. Romero might be a gang
5    member, and in light also of the minimal force
6    employed for a very short duration inflicting no
7    injuries of any credible sort, I find that this
8    plaintiff has not sustained his burden of
9    establishing that excessive force was employed upon
10   him in this incident in his cell prior to and during
11   his extraction from the cell for purposes of removal
12   to the gym and the search of his unit, Trailer Number
13   Four.
14            Finally, although not every item of
15   evidence has been discussed in this opinion/report,
16   all evidence presented to the Special Master was
17   reviewed and considered.  For the reasons set forth
18   above, I recommend in this report that the district
19   court enter an order and judgment of no cause for
20   action with regard to Jose Romero.
21
22
23
24
25

1                   C E R T I F I C A T E

2

3         I, Theresa O. Mastroianni, a Notary Public and

4    Certified Shorthand Reporter of the State of New

5    Jersey, do hereby certify that the foregoing is a

6    true and accurate transcript of the testimony as

7    taken stenographically by and before me at the time,

8    place, and on the date hereinbefore set forth.

9         I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19   _____
     Theresa O. Mastroianni, C.S.R.
20   Notary Public, State of New Jersey
     My Commission Expires May 5, 2010
21   Certificate No. XI0857
     Date: January 15, 2009
22

23

24

25

**A**
accurate 14:6
accused 7:19
accusing 8:3
   10:20
action 1:2 13:20
   14:11,14
actions 12:17
activity 12:25
actual 12:18
affiliation 12:12
Agreement 4:9
al 1:8
allegations 4:13
   4:19
allegedly 4:20
ankles 5:7,7
Answer 5:5,10
   5:13,19,21 6:1
   6:3 7:3,8,10,14
   7:17,23 8:2,8
   8:12,17,21,24
   9:2,11,14,18
   9:21,25 10:3,6
   10:11,15,20,24
   11:4,12,14,18
   11:20
anyway 6:15
   7:20 8:4
applicable 4:13
applied 4:10
appropriate
   12:9,20
arm 12:19
arrival 5:4,14
assault 8:1 10:2
   10:22
attorney 14:10
   14:12
ATTORNEYS
   3:6
Audubon 2:21

**B**
back 6:17,22
   7:18 9:6,8,10

9:24 10:5 11:5
   12:14
based 4:11
baton 9:17
Bayside 1:5
bent 11:6
big 6:25
BISSELL 1:19
   4:1
blood 10:9
body 10:5
bruised 10:3
Buganski 5:10
bunk 5:6,22
burden 13:8

**C**
C 3:2 14:1,1
Camden 2:9
case 4:2 13:1
cause 13:19
cell 11:25 13:10
   13:11
certain 5:15
   12:5
Certificate
   14:21
Certified 2:5,19
   14:4
certify 14:5,9
charges 4:12
chest 6:14,16,19
   7:7 8:3,7,10,13
circumstance
   12:10
circumstances
   11:23 12:14,21
Civil 1:2 4:16
close 13:1
coming 11:9
commencing 2:9
Commission
   14:20
concern 13:3
concerning 13:3
confronting 7:4

considerations
   13:2
considered
   13:17
constitute 4:16
cop 6:23
correct 7:22
counsel 14:10,12
course 4:5 11:22
court 1:1 2:6,8
   2:19 13:19
credible 13:7
crossed 5:7,7
cross-examina...
   12:16
crown 6:14 7:2,9
   7:10,10,12,19
cubicle 5:15,19
   5:21
cut 10:1
cuts 10:12
C.S.R 14:19

**D**
date 14:8,21
decision 4:10
Defendants 1:9
   3:6
describe 5:2
   9:23
described 12:17
describes 4:24
determine 12:5
   12:7
different 12:11
directives 4:7
discussed 13:15
district 1:1,1 2:8
   13:18
docket 4:2
doing 10:17
dragging 11:8
DuBois 5:10
dude 11:1
duration 13:6

**E**
E 3:2,2 14:1,1
effort 12:6
either 12:6,21
elbow 8:7 9:14
   12:19
elbowing 6:22
employed 4:21
   13:6,9
employee 14:10
   14:12
enforce 12:23
enter 13:19
ESQUIRE 3:4
establishing
   13:9
et 1:8
events 4:20,24
   5:2
evidence 13:15
   13:16
exactly 5:16
excessive 12:15
   13:9
exhibited 12:11
experience 12:4
Expires 14:20
extent 4:13 12:3
extract 4:21
extracting 11:24
extraction 13:11

**F**
F 14:1
face 5:4,6 6:18
   6:19
fact 7:7 12:1
facts 4:10
fairly 13:1
far 7:14
FAUVER 1:8
feet 5:7
felt 9:24
fight 6:24
fighting 6:24
finalized 4:15

Finally 13:14
financially
   14:13
find 11:23 12:13
   12:19 13:7
first 5:22
five 10:14
follow 6:12
follows 4:24
   5:17
force 12:6 13:5,9
forearm 8:2,9,12
   9:5,15
forearmed 6:16
foregoing 14:5
FORMAROLI
   2:18
forth 4:11 13:17
   14:8
four 4:4,22 9:11
   10:14 13:13
FRIDAY 1:14
FURTHER 14:9

**G**
gang 7:13,16,20
   8:4 10:21 12:1
   12:7,12,24
   13:4
gangs 11:21
Gerry 2:8
go 7:18
grabbed 11:7,18
GRIEGEL 3:4
guard 12:6
guiding 4:9
guy 5:22 6:24
   11:7,7
gym 13:12

**H**
H 1:8
HAMILTON
   3:5
hand 11:14
hands 5:6,24

8:18 9:3 11:5
happened 5:18
  6:2 8:16,25
  10:23
hard-headed
  6:15
head 5:7,24 6:7
  6:9,11 7:5 8:5
  11:8,10,15
held 11:6
hereinbefore
  14:8
HIGHWAY 3:5
hit 6:20 8:11 9:9
  9:12 10:4
hits 10:14
hitting 9:8
HONORABLE
  1:19
Horse 2:20
House 2:8
housed 4:4
hurting 10:6

I
identified 7:2,20
impress 12:8,23
incident 13:10
indication 12:3
indicia 12:12
inflict 12:15
inflicting 13:6
injured 11:16
injuries 13:7
inmates 4:21
instructions
  4:12
interested 14:13
interrogate
  11:25
interrogation
  12:21
intimidating
  8:14
involved 10:10
issued 4:6

Italian 7:11
item 13:14

J
JAMES 3:4
January 1:14
  14:21
Jersey 1:1 2:7,9
  2:21 3:5 14:5
  14:20
JOHN 1:19
Jose 1:6 4:2
  13:20
JUDGE 4:1
judgment 13:19
jury 4:11,12

K
keep 5:23
King 6:14,21
  12:1,22
know 6:8,10,20
  7:14 8:14,14
  9:3,4,7,7 12:3

L
Latin 6:14,21
  12:1,22
law 4:9
LAZZARO 3:4
legitimate 13:3
letting 8:14
Let's 7:24
level 12:5
liar 8:3
license 2:6
lie 5:3
lift 6:8
light 13:2,5
Litigation 1:5
Local 4:15
locations 4:25
lock 11:8
lockdown 4:5,23
locker 5:24 6:13
  6:17,18,19,20

7:21,25 8:18
  9:3,6 10:7
long 10:13,14
look 6:7
lower 6:22 9:8
  9:10 10:5
lying 9:4

M
Master 1:6,19
  4:8,18 13:16
Master's 4:8
Mastroianni 2:5
  2:18 14:3,19
matter 1:4 2:5
mean 7:11
Mejias 4:12
member 6:15,21
  7:15,20 8:4 9:4
  10:21 12:2,7
  12:22 13:5
membership
  7:13 12:24
mentioned 13:2
minimal 13:5
minute 10:16,16
moment 6:6

N
N 3:2
name 7:11
neck 11:6,18
neither 14:9,11
New 1:1 2:7,9,21
  3:5 14:4,20
night 9:17
Notary 2:7 14:3
  14:20
noticed 6:13
number 2:6 4:2
  4:22 13:12

O
O 2:5 14:3,19
obey 5:11,25
  8:19

officer 9:16,19
  11:17,24 12:17
  13:4
officers 4:20 5:5
  5:8,15 12:24
officer's 12:4
Okay 5:11 7:24
  8:15
opinion/report
  1:5 4:6 13:15
opposed 12:18
order 4:7,18
  5:25 8:20
  13:19
orders 5:12 6:12
outside 11:1

P
P 3:2,2
pages 4:25
pain 9:23,25
  12:16
paragraph 4:17
part 6:19
particularly
  12:20
parties 14:11
parts 10:5
passed 10:25
  11:6
PC 3:4
perpetrated
  4:20
person 11:2,3
  12:7,8,22
picks 5:16
Pike 2:20
pinning 12:18
place 14:8
plaintiff 13:8
Plaza 2:8
point 6:10
pole 11:9,10,15
potential 12:12
presented 13:16
principles 4:9

prior 5:4 13:10
prison 1:5 11:21
  12:6
prisoner 12:11
probably 10:15
  10:16
problem 11:21
proceedings 2:4
  4:2
Public 2:7 14:3
  14:20
purposes 4:22
  13:11
pursuant 4:7
pushed 6:12
  7:21,25 9:6
  10:7
pushing 8:13
  12:18
put 5:24 8:2,7,12
  8:18 9:2,5 11:5
  11:14

Q
Question 5:3,8
  5:11,18,20,25
  6:2 7:1,6,9,12
  7:15,18,24 8:6
  8:9,15,19,22
  8:25 9:9,12,16
  9:19,22 10:1,4
  10:9,13,19,22
  11:2,11,13,16
  11:19

R
R 3:2 14:1
raise 6:6,11
raised 8:5
raising 7:4
ram 11:15
really 10:15
reasons 13:17
recommend
  13:18
Reference 4:7

4:18
regard 1:4 12:4
  13:20
regarding 12:24
relate 4:19
relative 14:10,12
removal 13:11
reopening 4:1
report 4:17
  13:18
Reporter 2:6
  14:4
Reporting 2:19
required 4:17
result 10:2
review 4:15
reviewed 13:17
right 7:24
Romero 1:6 4:2
  4:4,14 7:6
  11:24 12:14,23
  13:4,20
Romero's 4:19
ROSELLI 3:4
royal 7:10
Rule 4:16
run 11:10

**S**

S 3:2
saw 7:19
saying 9:7 10:19
search 4:22
  13:12
searched 5:22
  6:3 10:25
segments 5:1
sent 5:22
seriously 12:9
set 4:11 13:17
  14:8
seven 4:17
severe 12:20
shirt 6:5,8
short 13:6
Shorthand 14:4

shoulder 10:7
shoved 6:18
significant 12:15
small 6:25
SOG 4:20 5:4,14
  11:24 13:4
son's 7:11
sort 12:11,16
  13:7
South 2:20
span 10:16
Special 1:6,19
  4:8,8,18 13:16
SQUARE 3:5
standing 11:1
start 6:5
started 6:22 7:4
  8:1 9:8
State 1:5 2:7 3:5
  14:4,20
States 1:1 2:8
stenographica...
  14:7
stick 9:17,17
stop 6:24
stopped 10:23
strike 8:10
strikes 12:19
striking 9:24,25
  12:14,18
strip 10:25
stripping 6:6
struck 9:20
succeed 11:11
sustained 13:8

**T**

T 14:1,1
take 6:5,8,9 7:24
  10:14 11:1
taken 2:5 12:9
  14:7
talking 8:13
  10:17
talks 5:14
tattoo 7:7 12:2

tell 5:3,18 6:4,11
  9:22
telling 6:20 9:3
testimony 5:16
  14:6
Theresa 2:5 14:3
  14:19
thought 8:4
three 9:11
time 9:16 10:17
  11:22 14:7
times 8:6,10 9:9
  9:11
told 5:8,23
top 5:22
tough 7:20 8:4
  9:5
Trailer 4:4,22
  13:12
transcript 2:4
  4:16,25 14:6
tries 11:10
true 14:6
trying 6:23
turn 6:4,4,17
  8:18
turned 6:7 9:1,2
  11:4
two 10:16
T-shirt 6:9 7:3

**U**

Um-hum 7:23
  8:8
underlie 4:10
undertaken
  11:25
unit 13:12
United 1:1 2:8
unreasonable
  11:23
use 5:1 9:17

**V**

various 4:25
Videoconfere...

2:19
vigilant 12:24
vs 1:7

**W**

W 1:19
Walker 4:12
want 7:18
way 10:2 11:16
well-known
  11:22
White 2:20
wife 7:11
WILLIAM 1:8
wing 11:9,9
words 5:2
wouldn't 11:15
written 4:17

**X**

XIO857 14:21

**0**

08-344 1:2 4:3
08102 2:9
08106 2:21
08690 3:5

**1**

10:36 2:9
1337 3:5
15 14:21

**2**

2009 1:14 14:21
2010 14:20
23 4:25
251 2:20

**3**

30X100085700
  2:6
32 5:1
33 3:5

**5**

5 14:20

52.1 4:16

---

**6**

609-586-2257
  3:6

---

**8**

856-546-1100
  2:22

**9**

9 1:14