UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

JOSE ROMERO

           Plaintiff(s)

  (vs)

BAYSIDE STATE PRISON, ET AL.

           Defendant(s)

**JUDGMENT**

Civil #08-00344 (RBK)

-----------------------------------------------------------------

The Hon. John W. Bissell, Special Master, appointed by this Court having found on January 9, 2009, and no timely objection having been filed,

IT IS, on this /\ day of May, 2009

ORDERED that the report of Hon. John W. Bissell dated January 9, 2009 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Jose Romero.**

HON. ROBERT B. KUGLER, U.S.D.J.